CALEB H. LIANG (SBN 261920)
caleb.liang@ltlattorneys.com
SABRINA C. NARAIN (SBN 299471)
sabrina.narain@ltlattorneys.com
**LTL ATTORNEYS LLP**
300 South Grand Avenue, Suite 3950
Los Angeles, CA 90071
Telephone: (213) 612-8900
Facsimile:  (213) 612-3773
ltl-e-service@ltlattorneys.com

Attorneys for
**OLLY PUBLIC BENEFIT CORPORATION**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHERI TARVIN, individually and on behalf of all others similarly situation and the general public,<br><br>Plaintiff,<br><br>v.<br><br>OLLY PUBLIC BENEFIT CORPORATION,<br><br>Defendant. | Case No.:<br><br>**DECLARATION OF SABRINA C. NARAIN IN SUPPORT OF DEFENDANT OLLY PUBLIC BENEFIT CORPORATION'S NOTICE OF REMOVAL OF ACTION** |

## DECLARATION OF SABRINA C. NARAIN

I, Sabrina C. Narain, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and the United States District Court for the Central District of California, and a Partner with LTL Attorneys LLP, attorneys for Defendant Olly Public Benefit Corporation ("Olly"). I am a member in good standing with the State Bar of California. I have personal knowledge of the following facts, except for those based on information and belief, which I believe to be true, and if called upon to testify, I could and would competently testify to their truth and accuracy.

2. This declaration is submitted in support of the Defendant's Notice of Removal to the United States District Court for the Central District of California under 28 U.S.C. § 1332, 1441 and 1446.

3. In executing this declaration, I do not intend, and Defendant has not authorized me, to waive any protections or privileges it may have as to proprietary, trade secret, and/or confidential information, or to waive their attorney-client privilege as to any of their communications or to waive the work product immunity developed in anticipation of or in response to litigation. I intend only to describe certain factual matters that are pertinent to this declaration.

4. Olly was incorporated in the state of Delaware, and its principal place of business is in the state of California.

5. True and correct copies of all pleadings in this case filed in the Superior Cort for the County of Los Angeles are attached hereto as **Exhibit A.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called as a witness I could and would so testify.

Signed this 24th day of July 2024 at Los Angeles, California.

       */s/ Sabrina C. Narain*
       Sabrina C. Narain

---

DECLARATION OF SABRINA C. NARAIN IN SUPPORT OF DEFENDANT OLLY PUBLIC BENEFIT CORPORATION'S NOTICE OF REMOVAL OF ACTION

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3950, Los Angeles, CA 90071.

On July 24, 2024, I served the foregoing document(s) described as **DECLARATION OF SABRINA C. NARAIN IN SUPPORT OF DEFENDANT OLLY PUBLIC BENEFIT CORPORATION'S NOTICE OF REMOVAL OF ACTION** on the interested parties in this action by sending a true copy thereof to the address listed below.

☐ **BY MAIL:** I placed such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC MAIL:** I transmitted the above-listed document(s) to the e-mail address(es) set forth below on this date.

☐ **BY PERSONAL SERVICE:** I arranged for ACE Messenger Services to deliver such envelope by hand to the individuals listed below.

☐ **BY OVERNIGHT COURIER**: I caused each envelope with fees prepaid shipped by Federal Express.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 24, 2024, at Los Angeles, California.

*/s/ Blanca Reyes*
Blanca Reyes

# **SERVICE LIST**

*Sheri Tarvin v. Olly Public Benefit Corporation*

Superior Court Case No.: 24 STCV15715

District Court Case No.:

| | |
|---|---|
| Law Offices of Ronald A. Marron<br>Ronald A. Marron, Esq.<br>ron@consumersadvocates.com<br>Lilach Halperin, Esq.<br>lilach@consumersadvocates.com<br>651 Arroyo Drive<br>San Diego, CA 92103 | Attorneys for Plaintiff<br>**SHERI TARVIN** |