CALEB H. LIANG (SBN 261920)
caleb.liang@ltlattorneys.com
SABRINA C. NARAIN (SBN 299471)
sabrina.narain@ltlattorneys.com
**LTL ATTORNEYS LLP**
300 South Grand Avenue, Suite 3950
Los Angeles, CA 90071
Telephone: (213) 612-8900
Facsimile:  (213) 612-3773
ltl-e-service@ltlattorneys.com

STEPHANIE A. DOUGLAS (*admitted pro hac vice*)
douglas@bsplaw.com
JUSTIN B. WEINER (*admitted pro hac vice*)
weiner@bsplaw.com
NICOLE K. HAELTERMAN (*admitted pro hac vice*)
haelterman@bsplaw.com
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road, Suite 400
Troy, MI 48084
(248) 822-7800

Attorneys for Defendant
**OLLY PUBLIC BENEFIT CORPORATION**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SHERI TARVIN, individually and on behalf of all others similarly situation and the general public,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OLLY PUBLIC BENEFIT CORPORATION,<br><br>　　　　Defendant. | Case No.: 2:24-cv-06261-AH-PD<br>Honorable Anne Hwang<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:　June 24, 2024<br>Trial Date:　　　　December 1, 2026 |

NOTICE OF SETTLEMENT

Plaintiff Sheri Tarvin and Defendant Olly Public Benefit Corporation (collectively the "Parties") hereby notify the Court that they have reached a settlement in principle that resolves all claims in the above-captioned matter.

The Parties respectfully request that the Court vacate all upcoming deadlines and hearings, including any trial or pretrial dates, and allow sixty (60) days for the parties to finalize and file their dismissal documents. The Parties anticipate filing a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within that time.

Dated: October 31, 2025

            BUSH SEYFERTH PLLC

            By: */s/ Justin B. Weiner*
                Stephanie A. Douglas, Esq.
                Justin B. Weiner, Esq.
                Nicole K. Haelterman, Esq.
                Attorneys for Defendant
            **OLLY PUBLIC BENEFIT CORPORATION**

Dated: October 31, 2025

            **LTL ATTORNEYS LLP**

            By:
                */s/ Sabrina C. Narain*
                Caleb H. Liang, Esq.
                Sabrina C. Narain, Esq.
                Attorneys for Defendant
            **OLLY PUBLIC BENEFIT CORPORATION**

Dated: October 31, 2025

**LAW OFFICES OF RONALD A. MARRON**

By: 　*/s/Kas L. Gallucci*
Kas L. Gallucci, Esq.
Attorney for Plaintiff
**SHERI TARVIN**

**ATTESTATION OF FILER**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Kas Gallucci, counsel for Plaintiff, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

Dated: October 31, 2025

/s/ *Sabrina C. Narain*
Sabrina C. Narain, Esq.