CALEB H. LIANG (SBN 261920)
caleb.liang@ltlattorneys.com
SABRINA C. NARAIN (SBN 299471)
sabrina.narain@ltlattorneys.com
**LTL ATTORNEYS LLP**
300 South Grand Avenue, Suite 3950
Los Angeles, CA 90071
Telephone: (213) 612-8900
Facsimile:  (213) 612-3773
ltl-e-service@ltlattorneys.com

STEPHANIE A. DOUGLAS (*admitted pro hac vice*)
douglas@bsplaw.com
JUSTIN B. WEINER (*admitted pro hac vice*)
weiner@bsplaw.com
NICOLE K. HAELTERMAN (*admitted pro hac vice*)
haelterman@bsplaw.com
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road, Suite 400
Troy, MI 48084
(248) 822-7800

Attorneys for
OLLY PUBLIC BENEFIT CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SHERI TARVIN, individually and on behalf of all others similarly situation and the general public,<br><br>Plaintiff,<br><br>v.<br><br>OLLY PUBLIC BENEFIT CORPORATION,<br><br>Defendant. | Case No.: 2:24-cv-06261-AH-PD<br>Honorable Anne Hwang<br><br>**STIPULATION TO DISMISS** |

Plaintiff Sheri Tarvin and Defendant Olly Public Benefit Corporation (collectively the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, the parties have reached a settlement in this matter;

NOW THEREFORE, IT IS HEREBY STIPULATED that:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed in its entirety without any court award of costs or fees to any party.

This dismissal is with prejudice as to Plaintiff Sheri Tarvin's individual claims.

This dismissal is without prejudice to the class allegations.

**IT IS SO STIPULATED.**

Dated: January 9, 2026

BUSH SEYFERTH PLLC

By: /s/ Nicole K. Haelterman
Stephanie A. Douglas, Esq.
Justin B. Weiner, Esq.
Nicole K. Haelterman, Esq.
Attorneys for Defendant
OLLY PUBLIC BENEFIT CORPORATION

Dated: January 9, 2026

**LAW OFFICES OF RONALD A. MARRON**

By: /s/ Kas L. Gallucci
Kas L. Gallucci, Esq.
Attorney for Plaintiff
SHERI TARVIN

1
[PROPOSED] ORDER OF DISMISSAL

## ATTESTATION OF FILER

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Nicole Haelterman, counsel for Defendant, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

Dated: January 9, 2026

　　　　　　　　　　　　　　　　　　　　/s/ *Kas L. Gallucci*
　　　　　　　　　　　　　　　　　　　　Kas L. Gallucci, Esq.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI TARVIN, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>OLLY PUBLIC BENEFIT CORPORATION<br><br>　　Defendant. | Case No.: 2:24-cv-06261-AH-PD<br><br>[Hon. Anne Hwang]<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

The Court, having considered the parties' Stipulation to Dismiss (Dkt. No. ___), and finding the Stipulation is supported by good cause, hereby orders that this case is dismissed in its entirety without any court award of costs or fees to any party.

This dismissal is with prejudice as to Plaintiff Sheri Tarvin's individual claims.

This dismissal is without prejudice to the class allegations.

IT IS SO ORDERED.

Dated: _____, 2026      _____
                                   Honorable Anne Hwang
                                   United States District Court Judge